UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:

    Chantal B. Brown                               Case No.: 12-37195
                                                          Chapter: 7

    Debtor.

## ORDER EXTENDING DEADLINE TO FILE COMPLAINTS OBJECTING TO DISCHARGE, COMPLAINTS TO DETEREMINE THE DISCHARGEABILITY OF DEBT, COMPLAINTS OBJECTING TO A CLAIM OF EXEMPTIONS AND MOTIONS TO DISMISS

**THIS MATTER** having come before the Court on Debtors' Motion to Extend Deadline to File Complains Objecting to Discharge, Complaints to Determine the Dischargeability of Debt, Complaints Objecting to a Claim of Exemptions and Motions to Dismiss the Chapter 7 Trustee and creditors being duly served with a copy of the same, and no response having been filed, a certificate of no response entered, and the Court being fully advised in its premises,

**NOW WHEREFORE:**

    **IT IS FURTHER ORDERED** that the Motion to Extend Time to File Complaints Objecting to the Discharge of the Debtors sixty (60) days from entry of this order under 11 U.S.C. § 727 is **GRANTED**

    **IT IS HEREBY ORDERED** that the Motion to Extend Time to File Complaints to Determine the dischargeability of debt sixty (60) days from entry of this order under 11 U.S.C. § 523 is **GRANTED**

    **IT IS FURTHER ORDERED** that the Motion to Extend Time to File Motions to Dismiss the Debtors bankruptcy case sixty (60) days from entry of this order under 11 U.S.C. § 707(b) is **GRANTED**

**IT IS HEREBY ORDERED** that the Motion to Extend Time to File Complaints Objecting to a Claim of Exemptions sixty (60) days from entry of this order under Rule 4003(b) is **GRANTED**

Date: _____     _____

United States Bankruptcy Judge

Entered on Docket: _____

I ASK FOR THIS:

*/s/ James E. Bowman, II*

James E. Bowman, II

Attorney for Debtor

**LOCAL RULE 9022-1 CERTIFICATE**

I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

*/s/ James E. Bowman, II*